UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| YVONNE HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:10-cv-01577-LJM-TAB |
| | ) |
| ST. VINCENT NEW HOPE, INC., | ) |
| | ) |
| Defendant. | ) |

**DISCOVERY ORDER**

A motion to compel and a motion to quash pend in this case that address the same general issue; namely, should the Defendant be entitled to obtain a copy of Plaintiff's unemployment compensation file from the Indiana Department of Workforce Development arising from Plaintiff's termination by the Defendant. This Court has addressed this issue previously and has sided with the Defendant, finding that a subpoena for documents such as those requested by the Defendant is appropriate. Defendant's briefing recites these cases and holdings, and they need not be repeated here.

IDWD seems primarily concerned that the documents are privileged and confidential and that releasing the documents Defendant seeks could subject IDWD to criminal liability. [Docket Nos. 17, 22.] IDWD does not adequately develop its argument regarding alleged criminal liability, nor does the Court see how such liability could result if the release occurs in response to a subpoena and a Court order following contested briefing as has occurred here. Moreover, Defendant's surreply eviscerates IDWD's argument that the documents are protected

by a privilege or are otherwise confidential. [Docket No. 24-1.] As above, these well-stated arguments need not be repeated here.

At bottom, this is a case in which the Plaintiff claims the Defendant unlawfully terminated her, and following her termination she sought unemployment benefits. In seeking these benefits, Plaintiff made certain representations that could bear directly on the claims and defenses that are now being litigated in this case. Defendant is entitled to the documents it seeks by way of its subpoena.

However, the Court declines to award attorney's fees as Defendant has requested. IDWD has raised this issue in several pending cases and has asserted arguments that, while they ultimately proved unsuccessful, cannot fairly be characterized across the board as not being substantially justified. However, at least as far as this Magistrate Judge is concerned, the issue of fees would be properly reconsidered if IDWD persists in raising this issue in future cases.

For these reasons, IDWD's motion to quash [Docket No. 17] is denied, and Defendant's motion to compel [Docket No. 18] is granted. IDWD shall produce the documents subject to the Defendant's subpoena within 21 days.

Dated: 05/04/2011

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Matthew T. Black
LAW OFFICES, THE CINCINNATI INSURANCE COMPANY
matthew.black@atg.in.gov

Ryan C. Fox
HASKIN & LARUE
rfox@hlllaw.com

Andrew T. Glier
INDIANA OFFICE OF THE ATTORNEY GENERAL
andrew.glier@atg.in.gov

Denise K. LaRue
HASKIN & LARUE
dlarue@hlllaw.com

John Patrick Ryan Jr.
HALL RENDER KILLIAN HEATH & LYMAN
jpryan@hallrender.com

Craig M. Williams
HALL RENDER KILLIAN HEATH & LYMAN
cwilliams@HallRender.com